# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Calvin Gomez

Plaintiff

v.

Dr. Dale Lutes, Dr. Steve Thomas,
B. Anderson, Lt. Beboe, Cpt R. W. Callhan,
Richard Stiff, Kathleen Hawkes Sawyer and
U.S. Justice Department Federal Bureau of Prisons

Defendants

Case No. Civil 00-2522 ADM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed with prejudice. Plaintiff's application for leave to proceed in forma pauperis is denied as moot. Plaintiff's motion for appointment of counsel and an order prohibiting Plaintiff's transfer to another prison is denied.

DATE: January 29, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Victoria Moralez, Deputy Clerk